**Order entered April 3, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00036-CV

### SEIKILOS HOLDINGS, LLC, SEIKILOS FX STUDIOS, LLC, JOHN C. GOLFIS AND JULIE NGUYEN, Appellants

### V.

### EDWARD "LANNY" HOULLION, INDIVIDUALLY AND AS GENERAL PARTNER OF HOULLION FAMILY, LP AND HOULLION FAMILY, LP, Appellees

### On Appeal from the 134th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-12-13053

## ORDER

We **GRANT** the April 1, 2015 motion of Tailim Song and the Tailim Song Law Firm to withdraw as counsel for appellants. Appellants John C. Golfis and Julie Nguyen are now appearing before this Court pro se.

Corporations may appear in court and be represented only by a licensed attorney. *See* TEX. R. CIV. P. 7; *Kunstoplast of Am., Inc. v. Formosa Plastics Corp.*, 937 S.W.2d 455, 456 (Tex. 1996) (per curiam). Accordingly, we **ORDER** appellants Seikilos Holdings, LLC and Seikilos FX Studios, LLC to notify this Court **WITHIN THIRTY DAYS OF THE DATE OF THIS ORDER**, with the name, State Bar number, address, and telephone number of new

counsel. Failure to provide that information within the specified time will result in the dismissal of appellants Seikilos Holdings, LLC and Seikilos FX Studios, LLC as parties to this appeal.

/s/     ELIZABETH LANG-MIERS
            JUSTICE